| | |
|---|---|
| Arnold B. Calmann<br>Katherine A. Escanlar<br>**SAIBER LLC**<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>T: (973) 622-3333<br>abc@saiber.com<br>kescanlar@saiber.com<br><br>*Attorneys for Plaintiff*<br>*Azurity Pharmaceuticals, Inc.* | *Of Counsel*:<br>Wendy L. Devine<br>Kristina M. Hanson<br>**WILSON SONSINI GOODRICH & ROSATI**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>wdevine@wsgr.com<br>thanson@wsgr.com<br><br>Natalie J. Morgan<br>Granville C. Kaufman<br>**WILSON SONSINI GOODRICH & ROSATI**<br>12235 El Camino Real<br>Suite 200<br>San Diego, CA 92130-3002<br>(858) 350-2300<br>nmorgan@wsgr.com<br>gkaufman@wsgr.com<br><br>Jeffrey C. Bank<br>**WILSON SONSINI GOODRICH & ROSATI**<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>(202) 973-8800<br>jbank@wsgr.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC.,<br><br>                    Plaintiff,<br><br>     v. | Civil Action No.<br><br>**AZURITY PHARMACEUTICALS, INC.'S NOTICE OF MOTION TO ENFORCE THIRD-PARTY SUBPOENA TO NOVITIUM** |

| | |
|---|---|
| NOVITIUM PHARMA, LLC,<br><br>                    Defendant. | PHARMA, LLC AND TO COMPEL <u>A DEPOSITION</u><br><br>Motion Return Date: **January 16, 2024**<br><br>Oral Argument Requested<br><br>***Document Filed Electronically*** |

**TO**:  Andrew M. Alul
       Roshan P. Shrestha
       Luke T. Shannon
       Aaron M. Johnson
       **TAFT STETTINIUS & HOLLISTER LLP**
       111 East Wacker Drive, Suite 2800
       Chicago, IL 60601

   *Attorneys for Defendant Bionpharma*

   *Attorneys for Non-Party Novitium Pharma, LLC*

**PLEASE TAKE NOTICE** that on **January 16, 2024 at 10:00 am**, or as soon thereafter as may be set by the Court, Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity") shall appear before a United States District Judge or United States Magistrate Judge assigned to this case, and shall move this Court for entry of an Order directing compliance with a third-party Subpoena *duces tecum and ad testificandum* served upon Novitium Pharma, LLC ("Novitium") and compelling the production of documents and a deposition sought therein. It is respectfully requested that in light of the fact that fact discovery in the underlying proceeding

2

concludes on March 5, 2024, the court enter an order for expedited production of the subject documents.

**PLEASE TAKE FURTHER NOTICE** that this matter emanates from *Azurity v. Bionpharma*, 1:21-cv-01286 (D. Del.) (the "Delaware Action"). With due diligence, Azurity served a third-party subpoena upon Novitium on November 11, 2022 for production of documents and a deposition of a Novitium witness. Novitium has failed to comply with the subpoenas. In light of the fast approaching end of fact discovery on March 5, 2024 the Delaware Action, Azurity respectfully requests that Novitium be compelled to comply with the Subpoenas *instanter*.

**PLEASE TAKE FURTHER NOTICE** that in further support of this Motion, Azurity shall rely upon its Brief, the Declaration of Granville Clay Kaufman, with exhibits attached thereto, any Reply papers, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration. Azurity has also concurrently filed its Fed. R. Civ. P. 7.1 Corporate Disclosure Statement and Civil Cover Sheet.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  December 22, 2023               Respectfully submitted,

**SAIBER LLC**
*Attorneys for Plaintiff*
*Azurity Pharmaceuticals, Inc.*

By: s/ Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
T: (973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Of Counsel*:
Wendy L. Devine
Kristina M. Hanson
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
wdevine@wsgr.com
thanson@wsgr.com

Natalie J. Morgan
Granville C. Kaufman
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real
Suite 200
San Diego, CA 92130-3002
(858) 350-2300
nmorgan@wsgr.com
gkaufman@wsgr.com

Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI**
1700 K Street NW, Fifth Floor
Washington, DC 20006
(202) 973-8800
jbank@wsgr.com

## **LOCAL CIVIL RULE 11.2 CERTIFICATION**

Under Local Civil Rule 11.2, the undersigned counsel for Azurity Pharmaceuticals, Inc. hereby certifies that the matter in controversy is ancillary to the subject of the following other action: *Azurity Pharmaceuticals, Inc. v. Bionpharma, et al.*, Civil Action No. 1:21-cv-01286 (D. Del.) (Mitchell S. Goldberg, D.J.).

Dated:  December 22, 2023                             Respectfully submitted,

**SAIBER LLC**
*Attorneys for Plaintiff*
*Azurity Pharmaceuticals, Inc.*

By: s/ Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
T: (973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Of Counsel*:
Wendy L. Devine
Kristina M. Hanson
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
wdevine@wsgr.com
thanson@wsgr.com

Natalie J. Morgan
Granville C. Kaufman
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real
Suite 200
San Diego, CA 92130-3002
(858) 350-2300
nmorgan@wsgr.com
gkaufman@wsgr.com

Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI**
1700 K Street NW, Fifth Floor
Washington, DC 20006
(202) 973-8800
jbank@wsgr.com

# LOCAL CIVIL RULE 201.1 CERTIFICATION

Under Local Civil Rule 201.1, the undersigned counsel for Azurity Pharmaceuticals, Inc. hereby certifies that Azurity does not seek money damages, and therefore this action is not appropriate for compulsory arbitration.

Dated:  December 22, 2023

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Plaintiff*
*Azurity Pharmaceuticals, Inc.*

By: s/ Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
T: (973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Of Counsel*:
Wendy L. Devine
Kristina M. Hanson
**Wilson Sonsini Goodrich & Rosati**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
wdevine@wsgr.com
thanson@wsgr.com

Natalie J. Morgan

Granville C. Kaufman
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real
Suite 200
San Diego, CA 92130-3002
(858) 350-2300
nmorgan@wsgr.com
gkaufman@wsgr.com

Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI**
1700 K Street NW, Fifth Floor
Washington, DC 20006
(202) 973-8800
jbank@wsgr.com